John E. AMPLEMAN; Noel F. Ampleman, Appellants,

v.

Janet SCHWEISS, individually and in her official capacity as a caseworker for the Missouri Division of Family Services; George Ann Cooper, individ-

ually and in her official capacity as a caseworker for the Missouri Division of Family Services; Missouri Division of Family Services, Appellees.

No. 00–2292.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 21, 2001.

Filed Feb. 27, 2001.

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

PER CURIAM.

John and Noel Ampleman appeal the district court's [1] adverse grant of summary judgment in their action alleging due process violations, abuse of process, and malicious prosecution. After de novo review, *see Schuver v. MidAm. Energy Co.,* 154 F.3d 795, 799 (8th Cir.1998), we agree with the district court, for the reasons explained in its order, that the Amplemans' action was time-barred.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Jean C. Hamilton, Chief Judge, United States District Court for the Eastern District of Missouri.